**Order entered April 26, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00213-CV

## MICHAEL DWAIN WILLIAMS, Appellant

## V.

## LUPE VALDEZ, SHERIFF, Appellee

### On Appeal from the 160th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-17-09709

## ORDER

Before the Court is appellant's April 15, 2019 motion seeking contempt proceedings and abatement of appeal. Appellant asserts a supplemental clerk's record filed pursuant to our January 18, 2019 order does not comply with the order. That order directed Dallas County District Clerk Felicia Pitre to file a supplemental record containing a copy of certain cover letters identified in a December 6, 2018 letter from appellant. Our order further provided that if any of the requested items could not be located, Ms. Pitre was to state so in writing. Appellant asserts the supplemental clerk's record that was filed does not contain any of the items requested and does not reflect the items could not be located. Appellant asks the Court to "exercise its contempt power to compel" Ms. Pitre to file a supplemental record with the requested items and abate the appeal until she complies.

We **GRANT** the motion to the extent we **ORDER** Ms. Pitre to file, no later than May 6, 2019, a supplemental clerk's record containing the following items as listed in the December letter:

1) cover letter to clerk that accompanied and was filed with Plaintiff's Original Petition, stamp filed August 9, 2018;

2) cover letter to clerk that accompanied and was filed with Plaintiff's Timely Amendment to "Plaintiff's Original Petition," stamp filed October 11, 2017;

3) cover letter to clerk that accompanied and was filed with Plaintiff's Request under Rule 12, Texas Rules of Civil Procedure for District Attorney to Show Authority to Defend Defendant in Ultra Vires Action at Tax Payers' Expense, stamp filed January 24, 2018;

4) cover letter to clerk that accompanied and was filed with Plaintiff's First Supplemental Pleading to His Amended Original Petition Alleging the Ultra Vires Exception in Reply to Defendant's Reply to Plaintiff's Response to Motion to Dismiss, stamp filed February 2, 2018;

5) cover letter to clerk that accompanied and was filed with Plaintiff's Request for Findings of Fact and Conclusions of Law, stamp filed February 19, 2018;

6) cover letter to clerk that accompanied and was filed with Plaintiff's Request for a Ruling on His Properly Filed Rule 12, Texas Rules of Civil Procedure Motion, stamp filed February 19, 2018;

7) cover letter to clerk that accompanied and was filed with Plaintiff's Motion for New Trial, stamp filed February 28, 2018; and,

8) all other cover letters to the Clerk omitted from the clerk's record in this cause.

If any of the items cannot be located, Ms. Pitre shall state so in writing. Appellant's brief shall be filed within thirty days of the filing of the record or any verification that items could not be located.

On our own motion, we **DIRECT** the Clerk of the Court to send appellant a paper copy of the supplemental clerk's record once it is filed. We further **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.

/s/     BILL WHITEHILL
        JUSTICE